# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| **In the Matter of**: | } |
| | } Case No. 15-32957 |
| Linda Moorer Green | } |
| | } Chapter 13 |
| | } |
| **Debtor(s)** | } |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES now the debtor(s) and objects to the Trustee's Motion to Dismiss based upon the following:

1. The debtor(s) filed this case on October 21, 2015.

2. Since the filing of the Chapter 13 case, the debtor(s) became behind in payments to the Trustee because she lost her job and had trouble finding new employment.

3. The debtor(s) is now able to resume payments to the Trustee because she is now working full and has already resumed payments.

Wherefore, premises considered, the debtor(s) object to the case being dismissed

Respectfully submitted this the 11 day of October, 2016.

/s/ Richard D. Shinbaum
*Richard D. Shinbaum*

*Attorney for Debtor*:
Joshua C. Milam ASB-3046-T99U
Shinbaum Law Firm
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day 11 day of October, 2016.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs

/s/Richard D. Shinbaum
*Richard D. Shinbaum*