# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                            Case No. 15-32957-DHW
                                                  Chapter 13

LINDA MOORER GREEN,

       Debtor.

## ORDER GRANTING DEBTOR'S MOTION

Debtor filed a motion (Doc. # 41) requesting a determination that the mortgage loan with Federal National Mortgage Association c/o Seterus has been cured and is current as of the February 2017 payment. The matter came on for hearing on February 13, 2017. No objection was filed to debtor's motion. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is GRANTED and the indebtedness to Federal National Mortgage Association c/o Seterus is current through the February 2017 payment.

Done this 13th day of February, 2017.

*/s/ Dwight A. Williams, Jr.*
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:   Debtor
Joshua C. Milam, Attorney for Debtor
Sabrina L. McKinney, Acting Trustee
Federal National Mortgage Association, Creditor